UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

JUN 1 6 2008

Michael N. Milby, Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | CRIMINAL NO. |
| | § | |
| CLIFF L. WADE | § | |

**INDICTMENT**  H - 08 - 395

THE GRAND JURY CHARGES THAT:

## COUNT ONE
(Computer Intrusion, 18 U.S.C. §1030(a)(5)(A)(i), (a)(5)(B)(i) )

On or about October 7, 2007, in the Southern District of Texas, and elsewhere,

**CLIFF L. WADE,**

defendant herein, did knowingly cause the transmission of a program, information, code, and command, and as a result of such conduct, intentionally caused damage without authorization to a protected computer, that is computers of HOSTGATOR.COM, which were used in interstate commerce and communication, by entering codes and commands that merged all of the active "trouble tickets" into one large ticket, contained within the "customer support network", and by such conduct caused HOSTGATOR.COM to incur a loss in an amount which aggregated $5,000 or more during a one year period beginning and ending in October 2007.

In violation of Title 18 United States Code § 1030(a)(5)(A)(i), (a)(5)(B)(i), and (c)(4)(A).

A TRUE BILL

ORIGINAL SIGNATURE ON FILE

FOREPERSON OF THE GRAND JURY

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: _____
Bret W. Davis
Special Assistant United States Attorney
(713)567-9305

Case 4:08-cr-00395   Document 1   Filed on 06/16/08 in TXSD   Page 2 of 2